**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00891-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

STEVEN KIDERLEN,

    Applicant,

v.

CHARLES E. SAMUELS, JR., BOP Director,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant, an inmate at the United States Penitentiary in Florence, Colorado, has submitted to the court an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), a Motion for Appointment of Counsel (ECF No. 4), a Motion for Immediate Injunction and/or Temporary Restraining Order (ECF No. 5), a Motion for Immediate Release (ECF No. 6), and a Motion for Authorization to Hire an Investigator (ECF No. 7).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   is not submitted
(2)   __   is missing affidavit
(3)   xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>account statement submitted is not certified by a prison official</u>)
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing authorization to calculate and disburse filing fee payments
(7)   __   is missing an original signature by the prisoner
(8)   __   is not on proper form (must use the court's current form)
(9)   __   names in caption do not match names in caption of complaint, petition or habeas application
(10)  __   other: _____.

**Complaint, Petition or Application**:
(11)  __   is not submitted
(12)  xx   is not on proper form (<u>must use the court's Prisoner Complaint form to assert claims challenging conditions of confinement</u>)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. __
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   names in caption do not match names in text
(17)  __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __   other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed

2

without further notice.  The dismissal shall be without prejudice.  It is

FURTHER ORDERED that the Motion for Appointment of Counsel (ECF No. 4), the Motion for Immediate Release (ECF No. 6), and the Motion for Authorization to Hire an Investigator (ECF No. 7) are DENIED as premature.  It is

FURTHER ORDERED that the Motion for Immediate Injunction and/or Temporary Restraining Order (ECF No. 5) is DENIED without prejudice because the motion is missing pages numbered 2, 4, 6, and 8.

DATED March 31, 2014, at Denver, Colorado.

> BY THE COURT:
>
> s/ Boyd N. Boland
> United States Magistrate Judge