IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00891-BNB

STEVEN KIDERLEN,

     Applicant,

v.

CHARLES E. SAMUELS, JR., BOP Director,

     Respondent.

___

ORDER OF DISMISSAL

___

Applicant, Steven Kiderlen, is a prisoner in the custody of the Federal Bureau of

Prisons.  Mr. Kiderlen initiated this action by filing *pro se* an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) challenging the conditions of

his confinement and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 (ECF No. 3).  On March 31, 2014, Magistrate Judge Boyd N. Boland

entered an order directing Mr. Kiderlen to cure certain deficiencies if he wished to

pursue any claims in this action.  Specifically, Magistrate Judge Boland ordered Mr.

Kiderlen to submit a certified copy of his inmate trust fund account statement in support

of the motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and to use the

proper pleading form, a Prisoner Complaint rather than a habeas corpus application, to

assert conditions of confinement claims.  Mr. Kiderlen was warned that the action would

be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On April 11, 2014, the Court entered an order overruling Mr. Kiderlen's objection to

Magistrate Judge Boland's order to cure deficiencies and granting Mr. Kiderlen an extension of time until May 30, 2014, to cure the deficiencies.

Mr. Kiderlen has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Kiderlen failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3) and the Motion for Emotional and

Mental Psychological Evaluation (ECF No. 9) are DENIED as moot.

DATED at Denver, Colorado, this   6th   day of        June            , 2014.

BY THE COURT:


      s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court